UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
SCHINDLER ELEVATOR CORPORATION,     : Civil Action No.
                                      10-CV-0024 (GLS)(DRH)
            Plaintiff,              :
                                       **NOTICE OF DISCONTINUANCE**
      -against-                     :

ORTEGA GROUP, LLC and               :
WESTCHESTER FIRE INSURANCE COMPANY,

            Defendants.             :
------------------------------------X

NOTICE IS HEREBY GIVEN that, the within action, including any and all claims by plaintiff Schindler Elevator Corporation against the defendants, is discontinued, with prejudice.

Dated: New York, New York
       February 4, 2010

                         LAW OFFICES OF EDWARD WEISSMAN

                         By: _____
                         Edward Weissman, Esq. (Bar# 301281)
                         Attorney for Plaintiff
                         Schindler Elevator Corporation
                         Office and P.O. Address
                         60 East 42nd Street, Suite 557
                         New York, New York 10165
                         (212) 937-1520

P:\COMPANY SHARED\WEISSMAN\YG\CLIENTS\SCHINDLER\ORTEGA\SCHINDLER.V.ORTEGA.AND.WESTCHESTER.NOTICE.OF.DISCONTINUANCE.02.04.10.DOC

SO ORDERED:

_____
U.S. District Judge
Date: February 5, 2010